* 1 0 5 2 9 9 0 3 5 3 *

**OUR FIRM FILE NUMBER:**

Client: MARR LAW FIRM County: Oklahoma Case Number: CJ-2022-2511

**BOBBY AND LINDA ROSS - Plaintiff(s)**

**vs**

**STATE FARM FIRE AND CASUALTY COMPANY ET AL., - Defendant(s)**

Date Served: 7/18/2022 2:20:00 PM

Served By: BRAD GORDON (PSS-2019-3)

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG - 5 2022

RICK WARREN
COURT CLERK

45

County of Origin: Oklahoma **_Proof of Service_** Case Number: CJ-2022-2511

| DOCUMENTS SERVED | METHOD OF SERVICE |
|---|---|
| **DOCUMENTS SERVED: I, being duly sworn, certify that I received the forgoing, to wit:**<br><br>*Summons<br>*Petition<br><br>Served Image Latitude, Longitude:<br>0 0<br><br>326211 | **METHOD OF SERVICE:**<br>**And served the same according to the law in the following manner, to wit:**<br><br>Personal Service — by delivering a true copy of said process personally to TODD BROWN at 405 S. MAIN STREET, BROKEN ARROW, OK 74012-0000. Date and Time: 7/18/2022 2:20:00 PM<br><br>Other Information: 48yr WHITE MALE,5.11,185LB,S&P HAIR |

Subscribed and sworn to before me this 20 day of 7 22

B. Gordon 6-30-23

Notary Public Commission Exp.

(SEAL)

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Brad Gordon 7-20-22

Name of Server (date)

**EXHIBIT 7**

DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| **BOBBY AND LINDA ROSS,**<br>*Plaintiffs,*<br>*v.*<br>**STATE FARM FIRE AND CASUALTY COMPANY and TODD BROWN,**<br>*Defendants.* | Civil Action No: CJ-2022-2511 |

**SUMMONS**

TO: Todd Brown
~~406~~ 405 S. Main Street
Broken Arrow, OK 74012

You have been sued by the above-named plaintiff(s), and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. A copy of your answer must be delivered or mailed to the attorney for the Plaintiff(s). Unless you answer the petition within the time stated judgment will be rendered against you together with costs of the action.

Issued this 31 day of May, 2022.

RICK WARREN, Court Clerk
Court Clerk
By:
Deputy Court Clerk

Jeff D. Marr, OBA #16080
Carole Dulisse, OBA #18047
Marr Law Firm
4301 Southwest Third Street
Oklahoma City, Oklahoma 73108
(405) 236-8000

This summons was served on 7-18-22

[signature]

Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**